# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

147571

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CINTAS CORPORATION,
                  Petitioner-Appellee,

v

STATE TAX COMMISSION and MACOMB
TOWNSHIP,
                  Respondents-Appellants.

SC: 147571
COA: 312004
Ct of Claims: 11-001391-AA

_____/

      On order of the Court, the application for leave to appeal the July 2, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



                         Clerk

t0122